UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIDIER ADRIAN GOMEZ-ESTUPINAN,

v.  Case No. 8:04-cr-84-T-24TGW
      8:05-cv-1982-T-24TGW

UNITED STATES OF AMERICA.

_____

O R D E R

The Court denied Defendant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence and his motion for reconsideration. Defendant has now filed a Notice of Appeal. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Defendant's construed request for a certificate of appealability (Doc. No. 8) is denied.

ORDERED at Tampa, Florida, on December 13, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

AUSA: Anthony Edward Porcelli

Pro se:  Didier Adrian Gomez-Estupinan